**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Flores, | No. CV-17-08191-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff Melissa Flores ("Flores") filed a complaint on September 18, 2017 seeking review of the Social Security Administration Commissioner's ("the Commissioner") denial of disability benefits. (Doc. 1). On March 19, 2019, this Court issued an order reversing the Administrative Law Judge's decision, and remanding the case for further administrative proceedings. (Doc. 19). As the prevailing party in a civil action brought against the United States, Flores is entitled to attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, even if she is not ultimately successful in seeking benefits on remand. *See Shalala v. Schaefer*, 509 U.S. 292, 295–302 (1993). The parties have stipulated that this amount equals $5,031.54. (Doc. 21).[1]

Fees awarded under the EAJA belong to the plaintiff, and as such may be subject to an administrative offset, thereby reducing the amount awarded if the plaintiff has a preexisting, unpaid debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no EAJA offset applies to an award of attorney fees, and if the plaintiff has assigned their

---
[1] The parties filed a Joint Stipulation. (Doc. 21). The Court will construe their Joint Stipulation as a Motion for Attorney Fees and Costs.

rights to the fees to his or her attorney, a check may be made out to the plaintiff's attorney and mailed to him or her directly. *Id.* at 597 (acknowledging such a practice by the government).

Here, the Court recognizes that Flores has assigned her attorney fees directly to her Counsel, John Phillips. (Doc. 3). If the government determines that no offset applies, the EAJA funds will be sent to Plaintiff's Counsel's law firm in the amount of $5,031.54.

**IT IS ORDERED** that pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Flores's Motion for Attorney Fees and Costs (Doc. 21) in the amount of $5,031.54, as stipulated to by the parties, is **GRANTED**.

**IT IS FURTHER ORDERED** that Flores shall be awarded her attorney fees in the amount of $5,031.54, which, if no offset is required, shall be awarded and sent directly to Flores's Counsel, John Phillips, at the address 147 S. Marina St., Prescott, AZ 86303.

Dated this 3rd day of July, 2019.

Honorable Diane J. Humetewa
United States District Judge